IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRY'TSHEONA WOODS**                                                                                          **PLAINTIFF**

**V.**                           **NO. 4:19CV00921 BRW-PSH**

**ANDREW SAUL, COMMISSIONER OF**
**SOCIAL SECURITY ADMINISTRATION**                                               **DEFENDANT**

## ORDER

I have reviewed the Recommended Disposition submitted by Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration of the Recommendation and the entire record, I approve and adopt the Recommended Disposition in its entirety.

Accordingly, the Commissioner's decision is AFFIRMED, and judgment is entered in favor of Defendant.

IT IS SO ORDERED this 16th day of October, 2020.

                                                            Billy Roy Wilson
                                                            UNITED STATES DISTRICT JUDGE