# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**BRY'TSHEONA WOODS**                                                       **PLAINTIFF**

V.                      **NO. 4:19CV00921 BRW-PSH**

**ANDREW SAUL, COMMISSIONER OF**
**SOCIAL SECURITY ADMINISTRATION**                           **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Defendant.

IT IS SO ORDERED this 16th day of October, 2020.

                                                Billy Roy Wilson_____
                                                UNITED STATES DISTRICT JUDGE